# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Heidi Bliss Dorf Kerrai, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00102-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Leander B. Holston | ) | |
| USCIS National Benefits Center | ) | |
| Jerry Reed, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2018 Order.

April 23, 2018

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court